# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-2580

USA v. Carlos Almonte

2-11-cr-00132-001

# O R D E R

The Court has received the Anders Brief and Appendix from **Carlos E. Almonte**.

**The brief does not comply with the following Court requirements:**

**Form of Brief-See FRAP 32(a)- The following aspect(s) of the brief is/are non-compliant**

**.** Brief was attached to Anders Motion event.

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Exceeds content of Volume 1 of the Appendix as set forth in 3rd Cir. LAR 32.2( c ).

In order to cure errors with respect to FORM of Brief, **Carlos E. Almonte** must re-file the brief as a separate electronic transaction. The following event must be used: Anders Brief. Please do not attached appendix to the brief.

In order to cure errors with respect to FORM of Appendix, **Carlos E. Almonte** must re-file appendix pages 1 through 90 separately. Upon re-filing, portion of the appendix attached to the Anders Motion will be removed from the docket.

**Counsel or the party(ies) must correct the above listed deficiencies by 12/12/2013. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**Dated: December 9, 2013**

MS/cc:   Mark E. Coyne, Esq.
         James C. Patton, Esq.

**For questions please contact the Clerk's Office at 267-299-4929.**